No. 1222, Misc. ADKINS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 1223, Misc. SULLIVAN, ADMINISTRATRIX, ET AL. v. TREASURER OF SILVER BOW COUNTY, MONTANA, ET AL. Supreme Court of Montana. Certiorari denied.

No. 1225, Misc. LOPEZ v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 1226, Misc. RUIZ v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1227, Misc. WEIRES v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se*. *Joseph A. Mogavero, Jr.* for respondent.

No. 1228, Misc. BEEBE v. RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 1229, Misc. PAULSON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1230, Misc. MILLER v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 1231, Misc. SMITH v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 1232, Misc. SCOTT v. THROSBY. Supreme Court of California. Certiorari denied.